**93–2048.** State ex rel. Scebbi v. Cleveland Police Dept. *Cuyahoga County*, No. 65663. This cause is here on appeal from the Court of Appeals for Cuyahoga County. Appellant filed a notice of appeal on October 14, 1993. Original papers were filed on October 21, 1993. It appears from the records of this court that appellant has not filed a record or brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte*, effective February 14, 1994.